**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Edwardo Banuelos<br>Susanna Banuelos<br><br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case no. 20-19647<br><br>Chapter 13<br><br>Judge: Lashonda A. Hunt |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| Edwardo Banuelos<br>Susanna Banuelos<br>2752 Goldenrod Dr<br>Yorkville, IL 60560 | David M Siegel<br>790 Chaddick Dr<br>Wheeling, IL 60090 | Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>Irving, TX 75014 |

Please take notice that on Friday, August 20, 2021 at 10:00 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt, or any judge sitting in that judge's place, and present the Trustee's motion a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https//www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 165 5696** and the passcode is **7490911.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, July 7, 2021

| | |
|---|---|
| Glenn Stearns, Chapter 13 Trustee<br>801 Warrenville Road, Suite 650<br>Lisle, IL 60532-4350<br>Ph: (630) 981-3888 | /s/ Scott Burknap<br>_____<br>For: Glenn Stearns, Trustee |

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Edwardo Banuelos<br>Susanna Banuelos | ) | Case no. 20-19647 |
| | ) | Chapter 13 |
| Debtors | ) | Judge: Lashonda A. Hunt |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

## OBJECTION TO CLAIM # 38

Now comes Glenn Stearns, Chapter 13 Trustee, and requests disallowance of the above referenced claim pursuant to 11 U.S.C. Section 502(b) and in support thereof, states the following:

1. On November 01, 2020 the Debtors filed a petition under Chapter 13.
2. The bar date for non-governmental creditors to file claims was 1/11/2021.
3. PERITUS PORTFOLIO SERVICES II filed a claim on January 12, 2021 (# 38 on PACER) in the amount of $504.83; the claim was filed after the claims bar date.
4. Pursuant to §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

WHEREFORE, the Trustee prays that said late filed claim of Peritus Portfolio Services Ii be disallowed, and for such other and further relief as this court deems proper.

Respectfully Submitted;

/s/ Gerald Mylander

For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888